IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    vs.<br><br>$58,860.00 IN UNITED STATES CURRENCY,<br><br>          Defendant,<br>and<br><br>RACHAEL BAXTER,<br><br>          Claimant. | 8:21CV484<br><br>**ORDER** |

This matter is before the Court on the parties' Settlement Stipulation pertaining to resolution of this case.  (Filing No. 27.)  Following an Order dated January 3, 2022 (Filing No. 6), the United States published notice of its intent to dispose of Defendant property in such a manner as the Attorney General may direct.  A Declaration of Publication was filed herein on March 8, 2022. (Filing No. 14.)  The parties have advised the Court no other Claim or Answer has been filed in this case, other than by Rachael Baxter. After reviewing the record, the Court finds this is true. Accordingly, the Settlement Stipulation is approved.

     **IT IS ORDERED** as follows:

1.  $29,430.00 of the $58,860.00 Defendant property shall be returned to Claimant, Rachael Baxter.  Payment by the U.S. Marshals Services will be tendered to the trust account of Claimant's attorney, Michael P. Schiano.

2.  The remaining Defendant property, *viz.*, $29,430.00, shall be forfeited to the United States, with all right, title and interest in or to such property held by any person or entity forever barred and foreclosed.  The U.S. Customs and Border Protection shall dispose of said $29,430.00 in accordance with the law.

3. Plaintiff and Claimant shall pay their own costs and attorney's fees associated with this lawsuit.

4. Claimant's counsel shall file a Receipt indicating receipt of the funds. Thereafter, the parties shall file a joint stipulation for dismissal.

Dated this 31st day of October, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge

2