IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>$58,860.00 IN UNITED STATES CURRENCY,<br><br>        Defendant,<br>and<br><br>RACHAEL BAXTER,<br><br>        Claimant. | 8:21CV484<br><br>**ORDER OF DISMISSAL** |

This matter is before the court on the parties' Joint Stipulation for Dismissal (Filing No. 32). The Court finds that this matter should be dismissed.

**IT IS ORDERED** that, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff's cause of action against Defendant/Claimant is hereby dismissed in its entirety. Of the $58,860.00 Defendant property, $29,430.00 shall be returned to Claimant Rachael Baxter. The remaining Defendant property, viz., $29,430.00, shall be forfeited to the United States and disposed of administratively by the U.S. Customs and Border Protection.

The parties are responsible for their own costs and attorney fees.

DATED this 20th day of December, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge